**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**TRITON GENERAL CONTRACTING LLC**<br><br>*Defendant*. | Civil Case No.: 1:26-cv-04338 |

## PLAINTIFF'S MOTION FOR ISSUANCE OF CORRECTED SUMMONS

Plaintiff Jorge Rojas, by and through his attorney, Anthony Paronich, respectfully moves this Court for entry of an order directing the Clerk of Court to issue a corrected summons, and in support states as follows:

1.      On April 17, 2026, Plaintiff submitted a proposed summons for Defendant Triton General Contracting LLC. (Dkt. 3).

2.      The submitted summons correctly identified the Defendant consistent with Plaintiff's filing.

3.      Later that same day, the Clerk issued a summons. (Dkt. 4).

4.      Upon review, the issued summons appears to contain an error and does not accurately reflect the Defendant information as provided in Plaintiff's submitted summons.

5.      As a result, the issued summons is not suitable for service.

6.      Plaintiff has contacted the Clerk's Office regarding this issue, and was advised that the matter was being reviewed.

1

7.     In order to proceed with service without delay, Plaintiff respectfully requests that a corrected summons be issued consistent with the summons previously submitted at Docket Entry 3.

WHEREFORE, Plaintiff respectfully requests that the Court direct the Clerk of Court to issue a corrected summons consistent with Plaintiff's originally submitted summons, and for any other relief the Court deems just and proper.

Dated: April 17, 2026             Plaintiff,
By his attorneys,

_/s/ Anthony I. Paronich_
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

2