**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated,<br><br>    *Plaintiff*,<br><br> v.<br><br>**TRITON GENERAL CONTRACTING LLC**<br><br>    *Defendant*. | Civil Case No.: 26-cv-4338 |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S**
**MOTION FOR ISSUANCE OF CORRECTED SUMMONS**

1. Plaintiff Jorge Rojas, by and through his attorney, Anthony Paronich, hereby gives notice that he withdraws his Motion for Issuance of Corrected Summons (Dkt. 6).

2. Counsel for Plaintiff initially believed that the summons contained a typographical error in the name of the Defendant. Upon further review, counsel has determined that no such error exists in the originally submitted summons.

3. Plaintiff apologizes to the Court and the Clerk's Office for any inconvenience caused by the filing of the motion.


Dated: May 4, 2026     Plaintiff,
            By his attorneys,

            */s/ Anthony I. Paronich*
           Anthony I. Paronich
           **PARONICH LAW, P.C.**
           350 Lincoln Street, Suite 2400
           Hingham, MA 02043
           Tel: (617) 485-0018
           Fax: (508) 318-8100
           anthony@paronichlaw.com