**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Rojas, et al. v. Triton General       Case Number: 1:26-CV-04338
Contracting LLC

An appearance is hereby filed by the undersigned as attorney for:
Triton General Contracting LLC

Attorney name (type or print):  Gerald L. Maatman, Jr.

Firm:    Duane Morris LLP

Street address:      190 S LaSalle Street, Suite 3700

City/State/Zip:    Chicago, Illinois 60603

Bar ID Number:  6181016                        Telephone Number:    (312) 499-6700
(See item 3  in instructions)

Email Address: gmaatman@duanemorris.com

Are you acting as lead counsel in this case?                ☒ Yes    ☐ No

Are you a member of the court's general bar?            ☒ Yes    ☐ No

Are you a member of the court's trial bar?                ☒ Yes    ☐ No

Are you appearing *pro hac vice*?                            ☐ Yes    ☒ No

If this case reaches trial, will you act as the trial attorney?    ☒ Yes    ☐ No

If this is a criminal case, check your status.        ☐    Retained Counsel

                                                    ☐    Appointed Counsel
                                                        If appointed counsel, are you a

                                                        ☐ Federal Defender

                                                        ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 5, 2026

Attorney signature:      S/ Gerald L. Maatman, Jr._____
                        (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023