**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Rojas, et al. v. Triton General Contracting LLC      Case Number: 1:26-CV-04338

An appearance is hereby filed by the undersigned as attorney for:
Triton General Contracting LLC

Attorney name (type or print):  Jennifer A. Riley

Firm:     Duane Morris LLP

Street address:      190 S LaSalle Street, Suite 3700

City/State/Zip:    Chicago, Illinois 60603

Bar ID Number:  6272366                    Telephone Number:    (312) 499-6700
(See item 3  in instructions)

Email Address: jariley@duanemorris.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.      ☐   Retained Counsel

☐   Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 5, 2026

Attorney signature:     S/ Jennifer A. Riley _____
(Use electronic signature if the appearance form is filed electronically.)