**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **JORGE ROJAS**, on behalf of himself and all others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> **TRITON GENERAL CONTRACTING LLC**, <br><br> *Defendant.* | Case No. 26-CV-04338 <br><br> Judge John Robert Blakey <br><br> Magistrate Judge Young B. Kim |

**DEFENDANT TRITON GENERAL CONTRACTING LLC'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Triton General Contracting LLC ("Defendant" or "Triton"), by and through its attorneys, Duane Morris LLP, for its Unopposed Motion for Extension of Time to Answer or Otherwise Plead, hereby states as follows:

1. On April 17, 2026, Plaintiff Jorge Rojas ("Plaintiff" or "Rojas") filed this Complaint alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, because he allegedly received "unwanted telemarketing calls . . . despite [his] telephone number[] being registered on the National Do Not Call Registry. (*See* ECF No. 1 ¶ 42.)

2. Following service of the Complaint and summons, and on June 5, 2026, Triton retained defense counsel in connection with this action. On the same day, Triton's counsel wrote Plaintiff's counsel and requested a 28-day extension of time from today's date to answer or otherwise plead. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Plaintiff's counsel confirmed that this request was unopposed. As a result, Triton now moves this Court for an extension of time to answer or otherwise plead.

- 1 -

3.      Federal Rule of Civil Procedure 6 specifies "[w]hen an act may or must be done within a specific time, the court may for good cause, extend the time."  Fed. R. Civ. P. 6(b)(1). [U]nder Rule 6(b)(1), as interpreted by case law, the term 'good cause' imposes a light burden." *McCann v. Cullinan*, No. 11-CV-50125, 2015 WL 4254226, at *10 (N.D. Ill. July 14, 2015) (quotations omitted).  Indeed, "an application for extension of time under Rule 6(b)(1)(A) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party."  Wright & Miller, 4B Fed. Prac. & Proc. Civ. § 1165.

4.      Good cause for an extension exists here because Triton, and its counsel, require additional time to investigate the allegations of Plaintiff's Complaint and prepare Triton's answer or other responsive pleading.  Triton, therefore, respectfully requests a 28-day extension of time from today's date (until July 3, 2026) in which to respond to Plaintiff's Complaint.  This motion is not made for the purpose of delay, or for any other improper purpose, and Plaintiff will suffer no prejudice as this motion is unopposed.  Good cause, accordingly, is satisfied.

WHEREFORE, Defendant Triton General Contracting LLC respectfully requests that the Court enter an order extending the deadline for it to file its answer or other responsive pleading to Plaintiff's Complaint by 28 days from today's date, up until and including July 3, 2026.

[*signature page follows*]

- 2 -

- 3 -

**Dated:  June 5, 2026**

Respectfully submitted,

TRITON GENERAL CONTRACTING
LLC


By:   /s/ *Gerald L. Maatman, Jr.*
One of Its Attorneys


Gerald L. Maatman, Jr.
Jennifer A. Riley
Ryan T. Garippo
**DUANE MORRIS LLP**
190 South La Salle Street, Suite 3700
Chicago, Illinois 60603-3433
Telephone: (312) 499-6700
Facsimile:  (312) 499-6701
Email:  gmaatman@duanemorris.com
Email:  jariley@duanemorris.com
Email:  rgarippo@duanemorris.com

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I, Gerald L. Maatman, Jr., an attorney, certify that on June 5, 2026, I caused a true and correct copy of the foregoing document to be filed through the Court's CM/ECF System, which served all counsel of record, including:

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Email: anthony@paronichlaw.com

*/s/ Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.