**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **JORGE ROJAS**, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**TRITON GENERAL CONTRACTING LLC**,<br><br>*Defendant.* | Case No. 26-CV-04338<br><br>Judge John Robert Blakey<br><br>Magistrate Judge Young B. Kim |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **June 17, 2026 at 11:00 a.m.**, counsel for Defendant Triton General Contracting LLC shall appear before the Honorable John Robert Blakey, in the courtroom usually occupied by him at the Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, Illinois 60604, Courtroom 1203, or before any other judge sitting in his stead, and shall then and there present **Defendant Triton General Contracting LLC's Unopposed Motion For Extension Of Time To Answer Or Otherwise Plead**, a copy of which has been served upon you.

**Dated: June 5, 2026**

    Respectfully submitted,

    TRITON GENERAL CONTRACTING
    LLC


    By:   /s/ *Gerald L. Maatman, Jr.*
    One of Its Attorneys

Gerald L. Maatman, Jr.
Jennifer A. Riley
Ryan T. Garippo
**DUANE MORRIS LLP**

- 1 -

190 South La Salle Street, Suite 3700
Chicago, Illinois 60603-3433
Telephone: (312) 499-6700
Facsimile:  (312) 499-6701
Email:  gmaatman@duanemorris.com
Email:  jariley@duanemorris.com
Email:  rgarippo@duanemorris.com

***Attorneys for Defendant***

## <u>CERTIFICATE OF SERVICE</u>

I, Gerald L. Maatman, Jr., an attorney, certify that on June 5, 2026, I caused a true and correct copy of the foregoing document to be filed through the Court's CM/ECF System, which served all counsel of record, including:

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Email: anthony@paronichlaw.com

*/s/ Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.