## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Jorge Rojas

                    Plaintiff,

v.

                                            Case No.: 1:26–cv–04338
                                              Honorable John Robert Blakey

Triton General Contracting LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 8, 2026:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the parties' status report [16], the Court sets case management dates as follows: the parties shall exchange Rule 26(a)(1) disclosures and issue written discovery by 7/24/26; amend their pleadings (to add claims, parties, defenses, etc.) by 9/30/26; complete fact discovery by 2/26/27; and file an updated status report by 3/12/27, indicating definitively whether either party will require expert discovery or seek summary judgment. The parties indicate that they do not want a settlement conference right now, but the Court strongly encourages them to exhaust all possibility of settlement before spending time and money on dispositive motions or trial. To this end, Plaintiff shall make a formal, written demand by 3/3/27; Defendant shall respond by 3/8/27; and the parties shall confirm compliance in their 3/12/27 status report. Finally, it appears that counsel for Plaintiff is not a member of the trial bar, and he must ensure strict compliance with LR 83.12. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.