**Garippo, Ryan**

---

| | |
|---|---|
| **From:** | Anthony Paronich <anthony@paronichlaw.com> |
| **Sent:** | Tuesday, July 14, 2026 8:23 PM |
| **To:** | Garippo, Ryan |
| **Cc:** | S-GM-Rojas et al v Triton |
| **Subject:** | Re: Rojas, et al. v. Triton General Contracting LLC – Motion To Withdraw As Counsel Of Record |

Hey, Ryan. We certainly will  not if substitute counsel is coming in. However, otherwise, with outstanding discovery obligations, we likely will.

----

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Tue, Jul 14, 2026 at 9:16 PM Garippo, Ryan <RGarippo@duanemorris.com> wrote:

> ### RE:    Rojas, et al. v. Triton General Contracting LLC – Motion To Withdraw As Counsel Of Record
>
> ### Case No. 26-CV-04338 (N.D. Ill.)
>
> Anthony –
>
> Later this week, we will be filing a motion to withdraw as counsel of record for Defendant.
>
> Under Judge Blakey's standing order, we are required to include a statement regarding whether the motion is opposed by the non-movants.

Can you please let us know whether Plaintiff opposes the relief requested?

Thank you.

Regards,

Ryan

**Ryan Garippo**
Associate

Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
**P:** +1 312 499 6751
**F:** +1 312 284 2245
**C**: +1 630 423 2327

RGarippo@duanemorris.com
www.duanemorris.com

For more information about Duane Morris, please visit https://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.