## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Jorge Rojas v. Triton General Contracting LLC

Case Number: 26-CV-04338

An appearance is hereby filed by the undersigned as attorney for:

TRITON GENERAL CONTRACTING LLC

Attorney name (type or print): John C. Ochoa

Firm: Amundsen Davis LLC

Street address: 150 N. Michigan Ave., Ste. 3300

City/State/Zip: Chicago, Illinois

Bar ID Number: 6302680
(See item 3 in instructions)

Telephone Number: (312) 894-3200

Email Address: JOchoa@amundsendavislaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 28, 2026

Attorney signature: S/ John C. Ochoa
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023