**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JORGE ROJAS**, on behalf of himself and others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 26-CV-04338 |
| v. | : | |
| | : | Judge John Robert Blakey |
| **TRITON GENERAL CONTRACTING LLC**, | : | |
| | : | Magistrate Judge Young B. Kim |
| | : | |
| Defendant. | : | |

**NOTICE OF MOTION**

TO: See attached Service List.

On **September 16, 2025,** at **11:00 a.m.,** I shall appear before the Honorable John Robert Blakey, or any judge sitting in his stead, in Courtroom 1203 of the Everett McKinley Dirksen United States Courthouse, Chicago, Illinois, 60604 and shall then and there present the attached **Joint Motion for Entry of Confidentiality Order**, a copy of which is attached and hereby served upon you.

Respectfully submitted,

/s/ John C. Ochoa
One of the attorneys for Defendant Triton General Contracting

Molly A. Arranz, ARDC # 6281122
John C. Ochoa, ARDC # 6302680
Amundsen Davis, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
marranz@amundsendavislaw.com
jochoa@amundsendavislaw.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused **Joint Motion for Entry of Confidentiality Order** to be filed with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF System which will send notification of such filing to the attorneys of record on September 4, 2026.

Respectfully submitted,

/s/ John C. Ochoa

Molly A. Arranz, ARDC # 6281122
John C. Ochoa, ARDC # 6302680
Amundsen Davis, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
marranz@amundsendavislaw.com
jochoa@amundsendavislaw.com