**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JORGE ROJAS**, on behalf of himself and others similarly situated, | : | |
| Plaintiff, | : | |
| | : | Case No. 26-CV-04338 |
| v. | : | |
| | : | Judge John Robert Blakey |
| **TRITON GENERAL CONTRACTING LLC**, | : | Magistrate Judge Young B. Kim |
| Defendant. | : | |

**JOINT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER**

Defendant Triton General Contracting LLC, and Plaintiff Jorge Rojas jointly request that this Court enter an Agreed Confidentiality Order (attached hereto as **Exhibit A**).

1. It is anticipated that this case will entail a need to disclose confidential and proprietary information regarding the Defendant's business, including its confidential agreements with business partners. In addition, Plaintiff anticipates disclosing confidential information concerning his personally identifiable information. Therefore, in the course of discovery, portions of testimony and documents will be produced and designated (and thereby treated) as confidential given the private, confidential and proprietary nature of the materials and testimony.

2. Specifically, certain discovery includes financial, trade secret and proprietary or confidential research, development and commercial information. Therefore, the parties seek protection from public dissemination of such information and related material.

3. The parties submit the proposed, Agreed Confidentiality Order for purposes of protecting information in this case.

4. Entry of this Order is just and reasonable to protect improper disclosure of protected or confidential information, such as financial, trade secret or other confidential research, development, or commercial information.

**WHEREFORE**, The parties respectfully requests that this Honorable Court enter the Agreed Confidentiality Order.

Dated: September 4, 2026

By: /s/ John C. Ochoa

Molly A. Arranz, ARDC # 6281122
John C. Ochoa, ARDC # 6302680
Amundsen Davis, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
marranz@amundsendavislaw.com
jochoa@amundsendavislaw.com

*Attorneys for Defendant Triton General Contracting LLC*

By: /s/ Anthony I. Paronich

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JORGE ROJAS**, on behalf of himself and others similarly situated, | : | |
| Plaintiff, | : | |
| | : | Case No. 26-CV-04338 |
| v. | : | |
| | : | Judge John Robert Blakey |
| **TRITON GENERAL CONTRACTING LLC**, | : | Magistrate Judge Young B. Kim |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on **September 4, 2026** a true and complete copy of the foregoing document was served electronically upon all counsel of record via email generated by the Court's ECF system.

Respectfully submitted,

/s/ John C. Ochoa
One of the attorneys for Defendant Triton General Contracting

Molly A. Arranz, ARDC # 6281122
John C. Ochoa, ARDC # 6302680
Amundsen Davis, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
marranz@amundsendavislaw.com
jochoa@amundsendavislaw.com