**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jorge Rojas

Plaintiff,

v.

Case No.: 1:26−cv−04338
Honorable John Robert Blakey

Triton General Contracting LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 14, 2026:

MINUTE entry before the Honorable John Robert Blakey: The Court grants the parties' joint motion for entry of a confidentiality order [25] and strikes the 9/16/26 Notice of Motion date. Enter Agreed Confidentiality Order. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.